# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142537(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MALINI RAO,
      Defendant-Appellee.

SC: 142537
COA: 289343
Oakland CC: 2008-219989-FH

_____

On order of the Chief Justice, the motion by defendant-appellee for leave to file a second supplemental brief is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk